1064

No. 11–6436. EASTERLING v. POLLARD, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–6438. CARDONA SANDOVAL v. RUSHING, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6440. COX v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 11–6441. CLEMONS v. MONROE, ASSISTANT WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6443. CORKERN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6444. DEAN v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6445. DENDY v. STREETER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6447. ELLISON v. PADULA, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–6448. CASSELL v. DAWKINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6449. DUBOIS v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6450. LAMAR v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–6451. VEGA NORIEGA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6454. PROCTOR v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

